The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 13-5358BHS |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| JEROME RICHARD PALMER, | |
| Defendant. | |

This matter came before the Court on the government's unopposed Motion for Protective Order. The Court finds that the Motion should be granted and therefore orders as follows:

1. Subject to the exceptions set forth below, counsel of record for defendant JEROME PALMER shall not provide defendant or any other person with copies of, or allow the unsupervised review of, any discovery material produced by the government that contains:

    (a) Personal identifying information of any individual, including without limitation, any individual's date of birth, Social Security number, address, telephone number, email address, driver's license number, or professional license number ("Personal Information") unless it belongs to the defendant or defendant's family; or

    (b) Financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account

PROTECTIVE ORDER- 1
CR13-5358BHS; US v. PALMER

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant or defendant's family.

2. Notwithstanding the foregoing, counsel may provide material containing Personal Information or Financial Information to defendant if: (a) that information is first redacted from the document; or (b) the information is provided in electronic format to the Federal Detention Center at SeaTac, Washington, for review in a controlled environment by defendant, who is in custody there.

3. If defendant reviews unredacted material containing Personal Information or Financial Information, he shall not be permitted to make any notes or other record of Personal Information or Financial Information.

4. Defense counsel may provide discovery material to assistants, consultants or other professional persons who are necessary to assist counsel of record in preparation for trial or other proceedings provided that those persons are made aware of, and agree to the restrictions of, this Protective Order.

DATED: August 19, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Seth Wilkinson
SETH WILKINSON
Special Assistant United States Attorney

PROTECTIVE ORDER- 2
CR13-5358BHS; US v. PALMER

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970